```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F92-0130--CR (JKS)
              "USA V DENNIS C. BURKETT ET AL"
                DEF 1.1 BURKETT, DENNIS C.
─────────────────────────────────────────────────────────
    Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
             Filed:  10/28/92
            Closed:  12/13/93
 No. of Defendants:  6
    MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:  06/07/93
        Terminated:  YES
 Needs interpreter:  NO
 Counsel of record:  Dennis C. Burkett
                     Pro Per: 12317-006 HCU
                     Federal Medical Center
                     POB 14500
                     Lexington, KY 40512-4500
                     Serve: YES
                      Type: Waived or Self
                      Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
 Counsel of record:  Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: 2255 Motion
```

Counts re: DEF 1.1 BURKETT, DENNIS C.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
|          |       | No charges specified     |             |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE F92-0130--CR (JKS)
                           "USA V DENNIS C. BURKETT ET AL"
                            DEF 2.1 EDWARDS, BOB E. JR.
─────────────────────────────────────────────────────────────────────────────
              Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
      Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
                Filed: 10/28/92
               Closed: 12/13/93
  No. of Defendants: 6
    MJ Case Number:
                  AKA:
     Location status: Released on Bond
          Trial date:
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: 2255 Motion


  Counts re: DEF 2.1 EDWARDS, BOB E. JR.
```

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
|          |       | No charges specified     |             |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F92-0130--CR (JKS)
"USA V DENNIS C. BURKETT ET AL"
DEF 3.1 WICKEN, MICHAEL RAY

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
              Filed:  10/28/92
             Closed:  12/13/93
 No. of Defendants:  6
    MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  YES
 Needs interpreter:  NO
  Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: 2255 Motion
```

Counts re: DEF 3.1 WICKEN, MICHAEL RAY

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F92-0130--CR (JKS)
"USA V DENNIS C. BURKETT ET AL"
DEF 4.1 BENNETT, JAMES J.

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
                Filed:  10/28/92
               Closed:  12/13/93
  No. of Defendants:  6
    MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  YES
   Needs interpreter:  NO
   Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: 2255 Motion
```

Counts re: DEF 4.1 BENNETT, JAMES J.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F92-0130--CR (JKS)
"USA V DENNIS C. BURKETT ET AL"
DEF 5.1 KAHL, PHILLIP J.

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
               Filed:  10/28/92
              Closed:  12/13/93
  No. of Defendants:  6
     MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:  06/07/93
          Terminated:  YES
  Needs interpreter:  NO
   Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: 2255 Motion
```

Counts re: DEF 5.1 KAHL, PHILLIP J.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| | | No charges specified | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F92-0130--CR (JKS)
"USA V DENNIS C. BURKETT ET AL"
DEF 6.1 GERSTEIN, STEVEN

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
              Filed:  10/28/92
             Closed:  12/13/93
 No. of Defendants:  6
    MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:  06/07/93
         Terminated:  YES
 Needs interpreter:  NO
 Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
 Counsel of record:  Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: 2255 Motion
```

Counts re: DEF 6.1 GERSTEIN, STEVEN

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE F92-0130--CR (JKS)
                         "USA V DENNIS C. BURKETT ET AL"

                              For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
             Filed: 10/28/92
            Closed: 12/13/93
No. of Defendants: 6
```

| Document # | Filed | Docket text |
|---|---|---|
| 584 - 1 | 12/10/96 | deft Burkett motion to transport def to Anch 4 IOS |
| 585 - 1 | 02/04/97 | [Re: DEF 1] JKS Order granting motion to transport def to Anch 4 IOS (584-1). cc:csl/FPO/USMS |
| 586 - 1 | 02/04/97 | [Re: DEF 1] JKS Minute Order setting status conf (telephonic) for 2-6 at 3:30 PM. |
| 587 - 1 | 02/06/97 | DEF 1 Sentencing Memorandum. |
| 588 - 1 | 02/07/97 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 589 - 1 | 02/21/97 | [Re: DEF 1] JKS Amended Judgment: 360 month imprisonment/60 month supervised release/700.00 SA. cc:csl/FPO(3)/USMS. |
| 590 - 1 | 02/21/97 | DEF 1 Appeal to 9CCA (of conviction). cc:csl/FPO/USMS/Judge Singleton/9CCA, cert copy to F96-0019CV(JKS). |
| NOTE - 1 | 03/07/97 | Notation: Certified Copy of Amended Judgment to F96-019CV(JKS). |
| 591 - 1 | 03/11/97 | [Re: DEF 1] Partial Transcript  re: sentencing hearing 2/14/97. |
| 592 - 1 | 03/21/97 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] from status conf held 2-6-97. cc:csl/FPO/USMS |
| 593 - 1 | 03/21/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jan Welch] from resentencing. cc:csl/FPO/USMS |
| 594 - 1 | 04/09/97 | [Re: DEF 1] Copy of Time Schedule Order. No transcripts ordered. |
| 595 - 1 | 11/02/01 | Return of executed trial subpoenas. |
| 596 - 1 | 07/16/03 | [Re: DEF 5] JKS Order that the def is discharged from supervised release and that the proceedings in the case be terminated.  cc: USPO |
| 597 - 1 | 03/18/05 | DEF 1 motion to Vacate Sentence by person in federal custody w/memorandum attached. |
| 598 - 1 | 04/04/05 | [Re: DEF 1] JKS Order denying (Dismissing) motion to Vacate Sentence by person in federal custody (597-1).   cc: cnsl |
| 599 - 1 | 04/04/05 | [Re: DEF 1] JKS Judgement re dismissing w/prejudice def's motion under 28:2255. cc: USA, D. Burkett |
| 600 - 1 | 05/13/05 | DEF 1 motion for issue of certificate of appealability pursuant to 28 USC 2253(e) and Memorandum in support. (Notice of appeal did not accompany this motion) |
| 601 - 1 | 07/28/05 | [Re: DEF 1] JKS Order denying motion for issue of certificate of appealability pursuant to 28 USC 2253(e) (600-1). cc: USA, D. Burkett, |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F92-0130--CR (JKS)
"USA V DENNIS C. BURKETT ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Appeals Clerk |
| NOTE - 2 | 08/08/05 | Notation (re: Appeal): cy 597 - 601 to 9CCA. |
| 602 - 1 | 08/30/05 | DEF 1 appeal to 9CCA of (601-1) filed 07/28/05. cc:cnsl, Judge, 9CCA |
| NOTE - 3 | 08/31/05 | Transmittal: Forwarded notice of appeal (602-1) to 9CCA. Application to 9CCA for certificate of appealability not filed; forwarded to 9CCA w appeal package |
| NOTE - 4 | 09/19/05 | Notation (re: Appeal): 9CCA stamped cy of Dkt. 602 received via fax from Anchorage USDC. |
| NOTE - 5 | 09/27/05 | Notation (re: Appeal): Notice of Transcripts/Request for Assistance. |
| 603 - 1 | 09/29/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (602-1) cc: cnsl |