UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

DEC 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| DENNIS C. BURKETT, | No. 05-35881 |
|---|---|
| Petitioner - Appellant, | D.C. Nos. CV-05-00011-JKS |
| | CR-92-00130-JKS |
| v. | District of Alaska, |
| | ~~Anchorage~~ |
| UNITED STATES OF AMERICA, | **FILED** |
| Respondent - Appellee. | ORDER   JAN 09 2006 |
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF ALASKA |
| | By_____Deputy |

Before: SCHROEDER, Chief Judge, and FISHER, Circuit Judge.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

If petitioner wishes to file a second or successive 28 U.S.C. § 2255 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3).

All outstanding motions are denied.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 22 2005

by: _____
Deputy Clerk